Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA LORDES P. CASTANEDA,

          Plaintiff,

v.

DONALD C. WINTER, Secretary of the Navy;
MID AMERICA HEALTH, INC.,

          Defendants.

No. C07-0953-JCC

STIPULATED ORDER EXTENDING TRIAL DATE

**JOINT STIPULATION**

Pursuant to the Court's Order of October 23, 2007, the trial in the above-referenced action is currently scheduled to begin on December 8, 2008, the discovery cutoff date is on or around August 11, 2008, and the dispositive motion cutoff date is on or around September 10, 2008. Dkt. No. 18. Pursuant to the Court's Order of April 29, 2008, the mediation cutoff date is August 22, 2008. Dkt. No. 22. However, because Rebecca Cohen, counsel for the Navy, will be on maternity leave from approximately October of 2008 through February of 2009, the parties to the above action, by and through their respective attorneys, hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court extend the trial date to no earlier than March 16, 2009. The parties request that the discovery cutoff date, dispositive

STIPULATED ORDER EXTENDING TRIAL DATE - 1
(C07-953-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

1  motion cutoff date, and mediation deadline remain the same,[1] and respectfully ask the Court to issue a
2  revised scheduling order resetting the trial-related deadlines for the pre-trial order, trial briefs, and voir
3  dire/jury instructions.

4

5       Dated this ____ day of June, 2008.

6

7  JEFFREY C. SULLIVAN                          TELLER AND ASSOCIATES, PLLC
   United States Attorney
8

9   /s/ Rebecca S. Cohen                         /s/ Sara Amies
10 REBECCA S. COHEN, WSBA No. 31767             SARA AMIES, WSBA No. 36626
   Assistant United States Attorney             1139 34th Avenue, Suite B
11 Attorneys for Defendant Donald C. Winter     Seattle, WA 98122
   U.S. Attorney's Office                       (206) 324-8969
12 Western District of Washington               Attorneys for Plaintiff
   700 Stewart Street, Suite 5220               sara@stellerlaw.com
13 (206) 553-7970
   rebecca.cohen@usoj.gov
14

15 DAVIS WRIGHT TREMAINE LLP                    BAKER AND DANIELS LLP

16

17  /s/ Gregory A. Hendershott                   /s/ Davis A. Given
   GREGORY A. HENDERSHOTT                       DAVID A. GIVEN
18 WSBA No. 27838                               Attorneys for Defendant Mid America Health
   Local Counsel for Defendant Mid America Health   *Admitted Pro Hac Vice*
19 777 108th Avenue NE, Suite 2300              300 N. Meridian Street, Suite 2700
   Bellevue, WA 98104                           Indianapolis, Indiana 46204
20 (425) 646-6100                               (317) 237-1249
   gregoryhendershott@dwt.com                   david.given@bakerd.com

21

22

23

24

25

26 _____

27   [1] The parties anticipate a possibility that they may need to request an extension of the discovery, mediation, and
   dispositive motion deadlines at a later date due to pending discovery issues. At this time, however, the parties have
28 been working cooperatively and expect to continue to do so.

STIPULATED ORDER EXTENDING TRIAL DATE - 2
(C07-953-JCC)

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                            |
| 2  | The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The trial date is hereby |
| 3  | CONTINUED to March 16, 2009, at 9:30 a.m. before Judge Coughenour. The new pre-trial order |
| 4  | deadline is March 5, 2009. Trial briefs, proposed voir dire, and proposed jury instructions are due no later |
| 5  | than March 12, 2009. The Clerk is directed to send copies of this Order to all counsel of record. |
| 6  |                                                                                      |
| 7  | DATED this 13th day of June, 2008.                                                   |
| 8  |                                                                                      |
| 9  | _____                                                    |
| 10 | Judge John C. Coughenour                                                             |
|    | United States District Court Judge                                                   |
| 11 |                                                                                      |
| 12 | Presented by:                                                                        |
| 13 |                                                                                      |
|    | JEFFREY C. SULLIVAN                                                                  |
| 14 | United States Attorney                                                               |
| 15 | /s/ Rebecca S. Cohen                                                                 |
|    | REBECCA S. COHEN                                                                     |
| 16 | Assistant United States Attorney                                                     |
|    | Attorney for Defendant                                                               |
| 17 | U.S. Attorney's Office                                                               |
|    | Western District of Washington                                                       |
| 18 | 700 Stewart Street, Suite 5220                                                       |
|    | (206) 553-7970                                                                       |
| 19 | rebecca.cohen@usoj.gov                                                               |
| 20 |                                                                                      |
| 21 | TELLER AND ASSOCIATES, PLLC                                                          |
| 22 | /s/ Sara Amies                                                                       |
|    | SARA AMIES, WSBA No. 36626                                                           |
| 23 | 1139 34th Avenue, Suite B                                                            |
|    | Seattle, WA 98122                                                                    |
| 24 | (206) 324-8969                                                                       |
|    | Attorneys for Plaintiff                                                              |
| 25 | sara@stellerlaw.com                                                                  |
| 26 |                                                                                      |
| 27 |                                                                                      |
| 28 |                                                                                      |

STIPULATED ORDER EXTENDING TRIAL DATE - 3
(C07-953-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

| | |
|---|---|
| 1 | DAVIS WRIGHT TREMAINE LLP |
| 2 | /s/ Gregory A. Hendershott |
| | GREGORY A. HENDERSHOTT |
| 3 | WSBA No. 27838 |
| | Attorneys for Defendant Mid America Health |
| 4 | 777 108th Avenue NE, Suite 2300 |
| | Bellevue, WA 98104 |
| 5 | (425) 646-6100 |
| | gregoryhendershott@dwt.com |
| 6 | |
| 7 | |
| | BAKER AND DANIELS LLP |
| 8 | |
| | /s/ Davis A. Given |
| 9 | DAVID A. GIVEN |
| | Attorneys for Defendant Mid America Health |
| 10 | *Admitted Pro Hac Vice* |
| | 300 N. Meridian Street, Suite 2700 |
| 11 | Indianapolis, Indiana 46204 |
| | (317) 237-1249 |
| 12 | david.given@bakerd.com |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATED ORDER EXTENDING TRIAL DATE - 4
(C07-953-JCC)