Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA LORDES P. CASTANEDA,

                Plaintiff,

v.

DONALD C. WINTER, Secretary of the Navy; MID AMERICA HEALTH, INC.,

                Defendants.

No. C07-953-JCC

STIPULATED ORDER EXTENDING DISPOSITIVE MOTION AND DISCOVERY CUTOFF DATES

**JOINT STIPULATION**

Pursuant to the Court's Orders of December 23, 2007 and June 13, 2008, the trial in the above-referenced action is currently scheduled to begin on March 16, 2009, the discovery cutoff date is on or around August 11, 2008, the expert disclosure deadline is on or around August 11, 2008, and the dispositive motion cutoff date is on or around September 10, 2008. Dkts. No. 18 and 34. Pursuant to the Court's Order of April 29, 2008, the mediation cutoff date is August 22, 2008. Dkt. No. 22. However, because the parties have additional discovery that they wish to conduct, the parties to the above action, by and through their respective attorneys, hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court extend the discovery cutoff and dispositive motion cutoff dates by approximately 60 days until October 10, 2008 and November 10, 2008, respectively. These requested extensions will not impact the trial date or any trial-related deadlines. The parties request that all other deadlines remain the same.

STIPULATED ORDER EXTENDING DISPOSITIVE MOTION AND
DISCOVERY CUTOFF DATES - 1
(C07-953-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

1  Dated this 5th day of August, 2008.

2

3  JEFFREY C. SULLIVAN                           TELLER AND ASSOCIATES, PLLC
   United States Attorney
4

5   /s/ Rebecca S. Cohen                          /s/ Sara Amies
   REBECCA S. COHEN, WSBA No. 31767              SARA AMIES, WSBA No. 36626
6  Assistant United States Attorney              1139 34th Avenue, Suite B
   Attorneys for Defendant Donald C. Winter      Seattle, WA 98122
7  U.S. Attorney's Office                        (206) 324-8969
   Western District of Washington                Attorneys for Plaintiff
8  700 Stewart Street, Suite 5220                sara@stellerlaw.com
   (206) 553-7970
9  rebecca.cohen@usoj.gov

10

11 DAVIS WRIGHT TREMAINE LLP                     BAKER AND DANIELS LLP

12
    /s/ Gregory A. Hendershott                    /s/ Davis A. Given
13 GREGORY A. HENDERSHOTT                        DAVID A. GIVEN
   WSBA No. 27838                                Attorneys for Defendant Mid America Health
14 Local Counsel for Defendant Mid America       *Admitted Pro Hac Vice*
   Health                                        300 N. Meridian Street, Suite 2700
15 777 108th Avenue NE, Suite 2300               Indianapolis, Indiana 46204
   Bellevue, WA 98104                            (317) 237-1249
16 (425) 646-6100                                david.given@bakerd.com
   gregoryhendershott@dwt.com
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER EXTENDING DISPOSITIVE MOTION AND
DISCOVERY CUTOFF DATES - 2
(C07-953-JCC)

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to |
| 3 | send copies of this Order to all counsel of record. |

DATED this _____ day of _____, 2008.

_____
Judge John C. Coughenour
United States District Court Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney

/s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney
Attorney for Defendant
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
(206) 553-7970
rebecca.cohen@usoj.gov


TELLER AND ASSOCIATES, PLLC

/s/ Sara Amies
SARA AMIES, WSBA No. 36626
1139 34th Avenue, Suite B
Seattle, WA 98122
(206) 324-8969
Attorneys for Plaintiff
sara@stellerlaw.com

STIPULATED ORDER EXTENDING DISPOSITIVE MOTION AND
DISCOVERY CUTOFF DATES - 3
(C07-953-JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98104-1271
TEL. (206) 553-7970

1  DAVIS WRIGHT TREMAINE LLP

2   /s/ Gregory A. Hendershott
   GREGORY A. HENDERSHOTT
3  WSBA No. 27838
   Attorneys for Defendant Mid America Health
4  777 108th Avenue NE, Suite 2300
   Bellevue, WA 98104
5  (425) 646-6100
   gregoryhendershott@dwt.com
6

7
   BAKER AND DANIELS LLP
8
    /s/ Davis A. Given
9  DAVID A. GIVEN
   Attorneys for Defendant Mid America Health
10 *Admitted Pro Hac Vice*
   300 N. Meridian Street, Suite 2700
11 Indianapolis, Indiana 46204
   (317) 237-1249
12 david.given@bakerd.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER EXTENDING DISPOSITIVE MOTION AND
DISCOVERY CUTOFF DATES - 4
(C07-953-JCC)